# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

131888-89

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

OTIS MYLES, JR.,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131888-89
COA: 260806, 260809
Wayne CC: 04-008388-01
          04-003822-01

On order of the Court, the application for leave to appeal the June 27, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would remand for performance of testing as originally ordered by the trial court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006            _____
                                           Clerk

s1206